NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUSAN E. MCDONALD,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3138

---

Petition for review of the Merit Systems Protection Board in case no. DC0831100297-I-1.

---

## ON MOTION

---

## ORDER

Susan E. McDonald moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 7 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Susan E. McDonald
Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 7 2010

JAN HORBALY
CLERK